UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIFTON C. WILLIAMS,<br>Plaintiff,<br>-against-<br>T-MOBILE; METRO PCS,<br>Defendants. | 26-CV-4522 (LTS)<br><br>TRANSFER ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, a resident of Brooklyn, New York, brings this *pro se* action alleging that Defendants violated his rights by permitting a data breach that impacted his personal information and by failing to inform him of the breach. By order to show cause dated June 5, 2026, the Court explained that because the events underlying Plaintiff's claim took place in both Louisville, Kentucky, and more recently, in Clarksville, Indiana, and because Plaintiff did not allege that any events underlying his claim took place in this district, the Court was inclined to transfer this action to the Southern District of Indiana, which encompasses Clarksville, under 28 U.S.C. § 1406. (ECF No. 5, at 2.) The Court also directed Plaintiff to show cause, within 30 days of that order, why this action should not be transferred to the Southern District of Indiana, and explained that if Plaintiff failed to respond to the order to show cause, the Court would transfer this action to the Southern District of Indiana. (*Id.*)

Plaintiff has not responded to the order to show cause. Accordingly, for the reasons set forth in the order dated June 5, 2026, the Court transfers this action to the United States District Court for the Southern District of Indiana.

**CONCLUSION**

The Court directs the Clerk of Court to transfer this action to the United States District Court for the Southern District of Indiana. Whether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court. A summons shall not issue from this court. This order closes this case in this court.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: July 20, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge